Josue Rodriguez  # 36104-510
FCI BEAUMONT MEDIUM
P.O. BOX 26040
BEAUMONT, TEXAS 77720

United States Courts
Southern District of Texas
FILED

MAR 28 2024

Date: 03-19-2024

Nathan Ochsner, Clerk of Court

Office of the Clerk
P.O. Box 61010, Rm. 530000
Houston, TX. 77002-2600

Case No. 4:22-CR-00608-012

Dear Clerk:

I am writing you in regards of obtaining a copy of my legal documents. I am currently incarcerated in the federal prison serving a 42 term of imprisonment. I am in the process of appealing my conviction and sentence. I would appreciate if you would send me the following documents:

1. Docket Sheet
2. Plea Agreement
3. Factual stipulation
4. Judgment of Commitment
5. Sentencing transcripts

I am without any money at this time to pay for the requested documents. If there is a cost the Court must have please provide me with the total cost.

Thank you.

Respectfully submitted.

Name



Josue rodriguez #36104510
FCC complex P.O box 26040
Beaumont, TX 77720

HOUSTON TX RPDC 773
20 MAR 2024 PM 3 L

United States Courts
Southern District of Texas
FILED
MAR 28 2024
Nathan Ochsner, Clerk of Court

To Clerk Of the Court
US Clerk District 515 Rush
Suite 5300 Houston TX 77002
USA