Josue Rodriguez #36104-510
FCI Beaumont-Medium
P.O. Box 26040
Beaumont, TX. 77720

04-11-2024

United States Courts
Southern District of Texas
FILED
APR 17 2024
Nathan Ochsner, Clerk of Court

Clerk of the Court
515 Rusk, Suite 5300
Houston, TX. 77002

RE: United States of America v. Josue Rodriguez
    Docket No. 4:22-CR-00608-012

Clerk of the Court:

I was sentenced on December 14, 2023 to the above styled and cause No. 4:22-CR-00608-012, I was enhanced on a two-point probation enhancement.

Therefore, I humbly request if I can get any relief on these two points based on Amendment 821 or if I qualify for any type of relief under this Amendment.

I would like to thank you ahead of time regarding this matter.

X _____

CC: P/file

